SHELLEY D. KROHN, TRUSTEE
PO Box 34690
Las Vegas, NV 89133
Phone: (702) 421-2210
Fax: (702) 366-1939
E-mail: Shelley@TrusteeKrohn.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

NINETY-FIVE FORT APACHE COMPLEX, LLC

Debtor(s).

Case No.: BK-S-19-16398-MKN
Chapter 7

**APPLICATION TO DEPOSIT UNCLAIMED FUNDS**

TO:      Clerk, United States Bankruptcy Court

FROM:    Shelley D. Krohn, Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 25 | Caren H. Barness<br>157 E. 57th Street<br>New York, NY 10022 | | $84,541.25 |
| | Total: | $ 0.00 | $ 84,541.25 |

DATED: October 24, 2024

_____
Shelley D. Krohn, Trustee

Note:    Claims that are $25.00 or less go into CAS 106000.
           Claims that are more than $25.00 go into CAS 613300.
           The amounts that are to be deposited into the registry can be written on one check.