

_____
Mary A. Schott
Clerk of Court

Entered on Docket
October 25, 2024

_____

NVB 3011−1 (12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−19−16398−mkn |
| | CHAPTER 7 |
| NINETY−FIVE FORT APACHE COMPLEX, LLC | |
| | ORDER GRANTING |
| Debtor(s) | APPLICATION TO |
| | DEPOSIT UNCLAIMED FUNDS |

On 10/24/2024, the Trustee filed an Application to Deposit Unclaimed Funds in the above−captioned case. It is hereby ORDERED that the Application is GRANTED.

###